UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. MIGUEL ANGEL CORTEZ;

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    After conferring with counsel in this case, the Sentencing Hearing set for Friday, October 28, 2011, at 2:00 p.m. in this case and 10-cr-00382 is **REINSTATED** for that date and time. Defense counsel made an error in seeking a continuance of that hearing date.

    Dated: October 17, 2011.