UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. DAVID BUSTILLOS, a/k/a Chapito, et al.

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Sentencing hearing in the above-captioned case is reset for **Monday, January 30, 2012 at 2:30 p.m., in Courtroom A-1002.**

    Dated: December 8, 2011.